No. 00–8813. JACKSON *v.* MARLIN YACHT MANUFACTURING, INC., ET AL. C. A. 11th Cir. Certiorari denied. ▮

No. 00–8815. RICHARDSON *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied. ▮

No. 00–8817. STEVENSON *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 00–8819. WASHLEFSKE *v.* WINSTON ET AL. C. A. 4th Cir. Certiorari denied. ▮

No. 00–8821. WAGER *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. ▮

No. 00–8823. PAUL *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied. ▮

No. 00–8828. CARLSON *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. ▮

No. 00–8831. VELASQUEZ-RIVERA *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. ▮

No. 00–8832. LOGAN *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. ▮

No. 00–8833. STAMPER *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied. ▮

No. 00–8835. SHOWELL *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. ▮

No. 00–8836. RAMIREZ *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 00–8838. CHUKWUEZI *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. ▮

No. 00–8839. DAVILA *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 00–8840. MARTINEZ-HERNANDEZ *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. ▮

No. 00–8842. HOLLAND ET AL. *v.* JUSTAK. C. A. 7th Cir. Certiorari denied. ▮